IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ADAMS,

    Petitioner,                   No. CIV S-05-2237 DFL JFM P

    vs.

TERESA SCHWARTZ, Warden,[1]

    Respondent.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, the respondent will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

/////

---

[1] On the petition, petitioner has named former California Governor Gray Davis as respondent. Petitioner has also identified Warden Teresa Schwartz, who is the proper respondent, as respondent on a document styled "Medical Information Supporting Petitioner Habeas Corpus." Good cause appearing, hereafter Teresa Schwartz shall be identified as the respondent on all documents filed in this action.

1

1    1. The respondent is directed to file an answer within forty-five days from the
2 date of this order.  <u>See</u> Rule 4, Rules Governing Section 2254 Cases.  The respondent shall
3 include with the answer any and all transcripts or other documents relevant to the determination
4 of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases;
5    2. Petitioner's traverse, if any, is due on or before thirty days from the date
6 respondent's answer is filed;
7    3. The Clerk of the Court shall serve a copy of this order together with a copy of
8 petitioner's application for writ of habeas corpus on Jo Graves, Senior Assistant Attorney
9 General.
10 DATED: December 6, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

14 12/001/mp
15 adam2237.100f