IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ADAMS,

    Petitioner,                    No. CIV S-05-2237 DFL JFM P

    vs.

TERESA SCHWARTZ, Warden,        ORDER

    Respondent.

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 12, 2006 and April 21, 2006, petitioner filed motions for appointment of counsel. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Accordingly, petitioner's motions will be granted.

        On January 19, 2006, respondent filed a motion to dismiss this action. In view of the appointment of counsel, respondent's motion will be denied without prejudice to its renewal, as appropriate, within forty-five days from the date of this order. Any renewed motion shall be noticed for hearing on this court's regular law and motion calendar and briefed in accordance with the provisions of Local Rule 78-230.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's April 12, 2006 and April 21, 2006 motions for appointment of counsel are granted.

2. The Federal Defender is appointed to represent petitioner.

3. The Clerk of the Court is directed to serve a copy of the petition and this order on David Porter, Assistant Federal Defender.

4. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

5. Within forty-five days from the date of this order, the parties shall file and serve a joint status report which addresses the timing and order of the following matters:

   a. Discovery and investigations;

   b. Anticipated motions;

   c. The need for and timing of an evidentiary hearing;

   d. Enumeration and resolution of unexhausted claims; and

   e. Possible future amendments to the pleadings.

The parties are advised that failure to timely file a status report may result in sanctions.

6. Respondent's January 19, 2006 motion to dismiss is denied without prejudice to its renewal within forty-five days from the date of this order.  Any renewed motion shall be noticed for hearing on this court's regular law and motion calendar and briefed in accordance with the provisions of Local Rule 78-230.

DATED: May 30, 2006.

UNITED STATES MAGISTRATE JUDGE

12;adam2237.110a