DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
BENJAMIN ADAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ADAMS,<br><br>        Petitioner,<br><br>    v.<br><br>TERESA SCHWARTZ, Warden,<br><br>        Respondent. | No. CIV S-05-2237 DFL JFM P<br><br>ORDER |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Marylou Hillberg shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California. The joint status report shall be filed within 30 days from the date of the court's order.

Dated: July 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/adam2237.sub