IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ADAMS,

        Petitioner,                      No. CIV S-05-2237 DFL JFM P

    vs.

TERESA SCHWARTZ, Warden,

        Respondent.                 ORDER

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to court order, the parties have filed a joint status report.  After review of the report, and good cause appearing, IT IS HEREBY ORDERED that:

        1. Within thirty days from the date of this order respondents shall file either a motion to dismiss this action as barred by the statute of limitations or notice of withdrawal of said defense.  Any motion so filed shall be noticed for hearing on this court's regular law and motion calendar and briefed in accordance with the provisions of Local Rule 78-230(m).

/////

/////

/////

/////

1

1         2. Further proceedings in this matter are deferred pending resolution of the statute of limitations defense raised by respondent in the joint status report.

DATED: September 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
adam2237.jsr