IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ADAMS,

    Petitioner,                 No. CIV S-05-2237 DFL JFM P

    vs.

TERESA SCHWARTZ, Warden,

    Respondent.              ORDER

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 26, 2006, petitioner filed <u>in propria persona</u>, a motion for sanctions due to the parties' failure to timely file a joint status report as required by this court's May 31, 2006 order. All motions filed on behalf of petitioner in this action must be filed, if at all, by his attorney of record. Moreover, the record reflects that the joint status report has been filed.[1] Accordingly, IT IS HEREBY ORDERED that petitioner's July 26, 2006 motion for sanctions is denied.

DATED: October 30, 2006.

                                                      UNITED STATES MAGISTRATE JUDGE

12; adam2237.san

---

[1] The deadline for filing the joint status report was extended by order filed July 31, 2006, and the joint status report was timely filed on August 30, 2006.

1