IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ADAMS,

    Petitioner,        No. CIV S-05-2237 DFL JFM P

    vs.

TERESA SCHWARTZ, Warden,

    Respondent.        <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter came on for hearing on December 14, 2006 on respondent's motion to dismiss and petitioner's motion for leave to file an amended petition. Marylou Hillberg, Esq., appeared as counsel for petitioner. Krista Pollard, Deputy Attorney General, appeared as counsel for respondent.

        By this action, petitioner challenges an April 2003 decision of a panel of the Board of Prison Terms (BPT), made on orders of then California Governor Gray Davis, to reverse a September 13, 2002 BPT decision granting parole to petitioner. Petitioner filed his original petition in the United States District Court for the Northern District of California in January 2005. The action was transferred to this court by order filed July 5, 2005. On December 6, 2005, respondent was directed to respond to the petition. On January 19, 2006, respondent

1

filed a motion to dismiss. By order filed May 31, 2006, the court appointed counsel to represent petitioner, directed the parties to file status reports, and denied the January 2006 motion to dismiss without prejudice.

On August 30, 2006, the parties filed a joint scheduling statement. Following review of that, the court on September 19, 2006 directed respondent to file either a motion to dismiss the action as time-barred or a notice of withdrawal of said defense. On October 18, 2006, respondent moved to dismiss this action for failure to exhaust state court remedies. An amended motion to dismiss was filed on November 2, 2006. Respondent has neither pursued a limitations defense nor officially withdrawn said defense. On November 16, 2006, petitioner filed a motion for leave to file an amended petition. Respondent has not filed an opposition to the motion. On December 7, 2006, petitioner filed a request for leave to file a late opposition to the motion to dismiss and a proposed opposition.

Petitioner is entitled to amend his habeas petition once as of right before service of a responsive pleading. See Fed. R. Civ. P. 15; Rule 11, 28 U.S.C. foll. § 2254. A motion to dismiss is not a responsive pleading for purposes of Rule 15. See Doe v. United States, 58 F.3d 494, 497 (9th Cir. 1995). For this reason, petitioner's motion to amend will be granted. Respondent's motion to dismiss will be denied without prejudice to its renewal, as appropriate, within the time set by this order.[1]

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's November 16, 2006 motion for leave to file a first amended petition is granted.

2. Petitioner's December 7, 2006 request for leave to file a late opposition is granted.

---

[1] On December 7, 2006, petitioner filed a request for leave to file a late response to respondent's amended motion to dismiss. Good cause appearing, petitioner's request will be granted and his December 7, 2006 opposition deemed timely filed.

1         3. Petitioner's December 7, 2006 opposition to respondent's November 2, 2006
2   motion to dismiss is granted.
3         4. Respondent's November 2, 2006 motion to dismiss is denied without
4   prejudice.
5         5. Respondent is directed to file a response to the amended petition within thirty
6   days from the date of this order. <u>See</u> Rule 4, Rules Governing Section 2254 Cases. If the
7   response is an answer, respondent shall include with the answer any and all transcripts or other
8   documents relevant to the determination of the issues presented in the amended petition, Rule 5,
9   Rules Governing Section 2254 Cases, and petitioner's traverse, if any, shall be filed on or before
10  thirty days from the date respondent's answer is filed.
11        6. If the response is a motion, said motion shall be noticed for hearing on this
12  court's regular law and motion calendar and briefed in accordance with the provisions of Local
13  Rule 78-230.
14  DATED: December 15, 2006.

UNITED STATES MAGISTRATE JUDGE

12
adam2237.mta