IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ADAMS,

    Petitioner,

vs.

TERESA SCHWARTZ, Warden,

    Respondent.

                          /

No. CIV S-05-2237 DFL JFM P

ORDER TO CONTINUE

HEARING ON MOTION TO DISMISS

[LOCAL RULE 6-144, SUB.(C)]

        Pursuant to the February 7, 2007 Request and Stipulation to continue the evidentiary hearing by petitioner in the above named case, and for the good cause shown herein, IT IS HEREBY ORDERED that the date for the hearing on Respondent's Motion to Dismiss now set for March 1, 2007 be continued to April 12, 2007 at 11:00 a.m.

DATED: February 13, 2007.

UNITED STATES MAGISTRATE JUDGE

/adam2237.chrg