IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ADAMS,<br><br>      Petitioner,<br><br>vs.<br><br>TERESA SCHWARTZ, Warden,<br><br>      Respondent. | Case No. 2:05-cv-2237-RRB-JFM<br><br>**ORDER DENYING MOTION**<br>**TO DISMISS** |

      Before the Court is Petitioner, Benjamin Adams, with a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent has filed a Motion to Dismiss at Docket 28, arguing that Petitioner failed to exhaust his state court remedies. The Magistrate Judge recommended denial of the Motion to Dismiss in his Order and Findings and Recommendations at Docket 34, to which the Respondent objected at Docket 35. Thereafter, the case was reassigned to the undersigned.

      After thoroughly reviewing the matter, and in an effort to avoid further delay, the Court hereby **DENIES** the aforesaid Motion to Dismiss and orders Respondent to file an answer within

ORDER DENYING MOTION TO DISMISS - 1
2:05-CV-2237-RRB-JFM

thirty (30) days hereof, together with any and all transcripts or other documents relevant to the application.  Petitioner's travers shall be due thirty (30) days thereafter.

        ENTERED this 6th day of March, 2008.

                              S/RALPH R. BEISTLINE
                              UNITED STATES DISTRICT JUDGE