IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ADAMS,

    Petitioner,               No. CIV S-05-2237 RRB JFM P

    vs.

TERESA SCHWARTZ, Warden,

    Respondent.           ORDER

_____/

    Petitioner is a state prisoner proceeding through counsel with an application for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that within fifteen days from the date of this order respondent shall lodge the entire administrative record considered by the panel of the California Board of Prison Terms at the September 13, 2002 parole hearing, the Governor's January 10, 2003 review, and the April 10, 2003, subsequent rescission.

DATED: April 10, 2008.

                                  UNITED STATES MAGISTRATE JUDGE

/001; adam2237.tra