IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ADAMS,                              2:05-02237 JAM JFM

      Petitioner,                      Memorandum of Opinion
                             and Order

   v.

TERESA SCHWARTZ, Warden,

      Respondent.
_____/

    Petitioner Benjamin Adams ("Petitioner") is a state prison

inmate proceeding pro se with a petition for a writ of habeas

corpus under 28 U.S.C. § 2254, challenging the Board of Parole

Hearings' decision to rescind a prior grant of parole.  On

April, 11 2008, Magistrate Judge Moulds issued an order

directing the respondent to lodge within 15 days of the order

the entire administrative record considered by the panel of the

California Board of Prison Terms at the September 13, 2002

parole hearing, the Governor's January 10, 2003 review, and the

April 10, 2003 subsequent rescission.

1

PDF created with pdfFactory trial version www.pdffactory.com

Respondent now moves for reconsideration of this order
pursuant to Local Rule 72-303(c) on the ground that review of
the entire administrative record is improper under the
Antiterrorism and Effective Death Penalty Act ("AEDPA") which
limits this court's review of the state court's decision to the
record before the state court.  Additionally, respondent moves
for reconsideration on the ground that production of the entire
administrative record is unduly burdensome.

Under Local Rule 72-303(f), a magistrate judge's order
shall be upheld unless it is "clearly erroneous or contrary to
law."  E.D. Cal. L.R. 72-303(f).  Although there is no legal
basis set forth in the magistrate's order to support requiring
production of the administrative record, production may be
compelled under Rule 7(a) of the Rules Governing § 2254
Proceedings.  See Leon v. A.P. Kane, et al., S-04-2631 FCD JFM
P, Mem. & Order filed Apr. 24, 2008; accord Moppins v. Warden
Solano State Prison, et al., S-08-0159 FCD JFM P, Mem. & Order
filed Apr. 30, 2008 (denying respondent's motion for
reconsideration in an analogous case).  Rule 7(a) provides: "the
judge may direct the parties to expand the [habeas] record by
submitting additional materials relating to the petition."
Thus, because production of the administrative record may be
required pursuant to Rule 7(a), the court does not find that the
magistrate's order was "clearly erroneous or contrary to law."

2

PDF created with pdfFactory trial version www.pdffactory.com

1   The court also does not find respondent's burdensome claim to be

2   persuasive.  Accordingly, Magistrate Judge Moulds' April 11,

3   2008 order is AFFIRMED.  Respondent shall lodge the entire

4   administrative record considered by the panel of the California

5   Board of Prison Terms at the September 13, 2002 parole hearing,

6   
7   the Governor's January 10, 2003 review, and the April 10, 2003

8   subsequent rescission within 15 days from service of this order.

9

10

        IT IS SO ORDERED.
11
Dated: May 2, 2008
12
                                /s/ John A. Mendez_____
13                              JOHN A. MENDEZ
                                United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

PDF created with pdfFactory trial version www.pdffactory.com