IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ADAMS,

    Petitioner,                           No. CIV S-05-2237 JAM JFM P

    vs.

TERESA SCHWARTZ, Warden,

    Respondent.                        ORDER

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed May 23, 2008, respondent was directed to show cause why the Warden should not be held in contempt for failing to timely comply with this court's May 5, 2008 order. On May 28, 2008, respondent filed a response to the order to show cause and lodged the administrative record as required by the court's May 5, 2008 order. Good cause appearing, IT IS HEREBY ORDERED that the order to show cause is discharged. (Docket no. 51.)

DATED: July 21, 2008.

                                              UNITED STATES MAGISTRATE JUDGE

/001; adam2237.dsc