IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ADAMS,

    Petitioner,               No. 2:05-cv-2237 JAM JFM (HC)

    vs.

TERESA SCHWARTZ, Warden,

    Respondent.          ORDER

_____/

    Petitioner, a 69 year old state prisoner[1] proceeding through counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On September 12, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Respondent has filed objections to the findings and recommendations.

---

[1] Petitioner also suffers myriad medical ailments: he is a brittle diabetic and has prostate cancer, hypertension, chronic hepatitis C viral infection, bilateral lower extremity venous insufficiency secondary to an old gunshot wound, chronic low back pain and an allergy to sulfonamides. See September 12, 2008 Findings and Recommendations at 1.

1

          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

          Accordingly, IT IS HEREBY ORDERED that:

          1.  The findings and recommendations filed September 12, 2008, are adopted in full;

          2.  Petitioner's application for a writ of habeas corpus is granted; and

          3.  Respondents are directed to release petitioner on parole forthwith.

DATED: October 14, 2008

                                         /s/ John A. Mendez  
                                       UNITED STATES DISTRICT JUDGE